# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN CAVANAUGH, ) | |
| ) | Civil Action No. 14 – 509 |
| Petitioner, ) | |
| ) | |
| v. ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondent. | |

## ORDER

Petitioner Shawn Cavanaugh has petitioned the Court for a writ of habeas corpus. However, upon review of the petition it appears that Petitioner has failed to sign his petition. Therefore, it is **ORDERED** that the Clerk of Court **STRIKE** the Petition for Writ of Habeas Corpus (ECF No. 5) from the record and return the original to Petitioner for his signature. If Petitioner fails to sign and return the petition within twenty-one (21) days from the date of this Order, then the undersigned will recommend dismissal of this case for failure to prosecute.

Dated: April 30, 2014

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Shawn Cavanaugh
167777, JM3884
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100
*Via First Class Mail*