# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN CAVANAUGH, ) | |
| ) | Civil Action No. 14 – 509 |
| Petitioner, ) | |
| ) | District Judge Nora Barry Fischer |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

AND NOW, this 7th day of June, 2016, after Petitioner Shawn Cavanaugh having filed a Petition for Writ of Habeas Corpus in the above-captioned case on May 9, 2014, and after an Answer to the Petition was filed by the Respondent on July 24, 2014, and after a Report and Recommendation was filed by the United States Magistrate Judge on May 12, 2016 giving the parties until May 31, 2016 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the Opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 7) is denied.

IT IS FURTHER ORDERED that a Certificate of Appealability is denied.

IT IS FURTHER ORDERED that the Clerk of Court mark this case closed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order, a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: Shawn Cavanaugh
JM3884
SCI Dallas
1000 Follies Road
Dallas, PA  18612

Counsel for Respondent
*Via CM/ECF Electronic Mail*